IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | BK05-43546 |
| | ) | |
| SHADE, INC., | ) | 4:06CV3241 |
| | ) | 4:06CV3242 |
| Debtor. | ) | ORDER |
| | ) | |

Pursuant to NECivR 1.5(c),

IT IS ORDERED:

1) Appellant/claimant, Jack L. Irwin, shall file a brief in support of his position on or before November 13, 2006.

2) Appellees shall file a brief in support of their position on or before December 1, 2006.

3) Any reply brief shall be submitted by appellant/claimant on or before December 15, 2006.

DATED this 1st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court